IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PHILLIP RAY HARKLESS, #266580,    )
                                  )
              Plaintiff,          )
                                  )
v.                                )          CIVIL ACTION NO.  2:11cv098-WHA
                                  )
KAY WILSON, et al.,               )                    (WO)
                                  )
              Defendants.         )

**<u>ORDER</u>**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #56), entered on July 12, 2013, and upon a review of the Recommendation and the file in the case, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1.  The Defendants' Motion for Summary Judgment is GRANTED.

2.  Judgment will be entered in favor of the Defendants, with this case dismissed with prejudice and costs taxed against the Plaintiff.

DONE this 7th day of August, 2013.


                                   /s/ W. Harold Albritton
                                   W. HAROLD ALBRITTON
                                   SENIOR UNITED STATES DISTRICT JUDGE