IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIP RAY HARKLESS, #266580, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KAY WILSON, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO. 2:11cv098-WHA<br><br>(WO) |

## **JUDGMENT**

In accordance with the order entered by the court on this day,

Judgment is entered in favor of the Defendants and against the Plaintiff, and this case is DISMISSED with prejudice.  Costs are taxed against the Plaintiff.

DONE this 7th day of August, 2013.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE